1  **KYM SAMUEL CUSHING, ESQ.**
   Nevada Bar No. 4242
2  **VIRGINIA T. TOMOVA, ESQ.**
   Nevada Bar No. 12504
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, NV 89101
   (702) 727-1400; FAX (702) 727-1401
5  kym.cushing@wilsonelser.com
   virginia.tomova@wilsonelser.com
6  *Attorneys for Defendant Martin Guzman Perez*

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9  DEYSSI JANNETH PRADO-GUAJARDO, an         CASE NO.: 2:16-cv-00546-GMN-VCF
   Individual,
10
                Plaintiff,
11
           v.
12
   MARTIN GUZMAN PEREZ, an Individual;
13 DOES I-X, unknown persons; and ROE
   BUSINESS ENTITIES I-X, inclusive,
14
                Defendants.
15
           **NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR**
16                **REMOVAL FROM SERVICE LIST**

17  TO:  CLERK OF THE COURT; and

18  TO:  ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

19     Defendant MARTIN GUZMAN PEREZ, by and through his counsel of record, KYM

20 SAMUEL CUSHING, ESQ. and VIRGINIA T. TOMOVA, ESQ. of the law office of Wilson, Elser,

21 Moskowitz, Edelman & Dicker, LLP, hereby advises the Court and all other parties that counsel

22 JOSEPH CHU, ESQ., is no longer the attorney of record in this case. Defendants request that Mr.

23 Chu be removed from the Court's electronic service list.

24  . . .

25  . . .

26  . . .

27

28

925721v.1

NOTICE IS HEREBY GIVEN that KYM SAMUEL CUSHING, ESQ., and VIRGINIA T. TOMOVA, ESQ. will continue as the attorneys of record on behalf of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP for defendant MARTIN GUZMAN PEREZ. The firm name, address, telephone number, and fax number will remain the same.

DATED this 3rd day of June, 2016.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

KYM SAMUEL CUSHING, ESQ.
Nevada Bar No. 4242
VIRGINIA T. TOMOVA, ESQ.
Nevada Bar No. 12504
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant Martin Guzman Perez*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____June 6, 2016_____

2

925721v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this ___3___ day of June, 2016, I served a true and correct copy of the foregoing **NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

☐ via hand-delivery to the addressees listed below; and/or

☐ via facsimile; and/or

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m. (PST/PDT).

Preston Rezaee, Esq.
**THE FIRM, P.C.**
200 E. Charleston Blvd.
Las Vegas, NV 89104
(702) 222.3476; FAX (702) 252.3476
Attorney for Plaintiff

David F. Sampson, Esq.
**THE LAW OFFICE OF DAVID SAMPSON, LLC**
200 E Charleston Blvd.
Las Vegas, NV 89104
702.605.1099; FAX 888.209.4199
Attorney for Plaintiff

_____
An Employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3

925721v.1