# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEYSSI JANNETH PRADO-GUAJARDO, | |
| Plaintiff, | |
| vs. | 2:16-cv-00546-GMN-VCF |
| MARTIN GUZMAN PEREZ, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is Defendant/Third-Party Plaintiff Martin Guzman Perez' Motion for Extension of Discovery Deadlines (ECF No. 21). No opposition has been filed.

Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that Defendant/Third-Party Plaintiff Martin Guzman Perez' Motion for Extension of Discovery Deadlines (ECF No. 21) is GRANTED.

The following discovery deadlines apply:

| | |
|---|---|
| Discovery Cutoff: | January 30, 2017 |
| Dispositive Motions: | March 1, 2017 |
| Joint Pre-Trial Order: | March 31, 2017 |
| Last day to amend pleadings: | Closed |
| Initial Expert Disclosures: | November 30, 2016 |
| Rebuttal Expert Disclosures: | December 30, 2016 |
| Interim Status Report: | December 1, 2016 |

DATED this 12th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE