# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEYSSI JANNETH PRADO-GUAJARDO, | |
| Plaintiff, | |
| vs. | 2:16-cv-00546-GMN-VCF |
| MARTIN GUZMAN PEREZ, | **ORDER** |
| Defendant. | |

Before the Court is Third-Party Defendant Shayna Diaz Motion for Determination of Good Faith Settlement (ECF No. 38).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Third-Party Defendant Shayna Diaz Motion for Determination of Good Faith Settlement (ECF No. 38) is scheduled for 10:00 AM, May 2, 2017, in Courtroom 3D.

DATED this 11th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE