# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEYSSI JANNETH PRADO-GUAJARDO,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARTIN GUZMAN PEREZ, *et al.*,<br><br>    Defendants. | 2:16-cv-00546-GMN-VCF<br>**ORDER** |

Before the Court is the Third-Party Defendant's Motion to Extend Discovery Deadlines (ECF No. 53).

IT IS HEREBY ORDERED that a hearing on the Third-Party Defendant's Motion to Extend Discovery Deadlines (ECF No. 53) is scheduled for 10:00 AM, September 8, 2017, in Courtroom 3D.

DATED this 16th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE