1  JOSH COLE AICKLEN
   Nevada Bar No. 007254
2  PAUL A. SHPIRT
   Nevada Bar No. 10441
3  AMBER WHITE-DAVIDSON
   Nevada Bar No. 11739
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383; FAX: 702.893.3789
6  Josh.aicklen@lewisbrisbois.com
   Paul.shpirt@lewisbrisbois.com
7  Amber.white-davidson@lewisbrisbois.com
   Attorneys for Defendant/Third Party Plaintiff
8  Martin Guzman Perez and Defendant Martin
   Guzman Perez d/b/a El Rayo Transportation
9  erroneously sued as El Rayo

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| DEYSSI JANNETH PRADO-GUAJARDO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN GUZMAN PEREZ, and Individual; EL RAYO, and DOES I-X, unknown persons; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendant.<br><br>MARTIN GUZMAN PEREZ, and Individual,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>SHAYNA DIAZ, and Individual; DOES I-X, unknown persons; inclusive,<br><br>Third Party Defendants. | CASE NO. 2:16-CV-00546-GMN-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

4833-1047-9192.1

## SUBSTITUTION OF COUNSEL

Defendant/Third Party Plaintiff MARTIN GUZMAN PEREZ, hereby substitutes the law offices of LEWIS BRISBOIS BISGAARD & SMITH LLP as his attorneys of record in place and instead of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP in this matter.

DATED this 18 day of January, 2018.

By: _____
MARTIN GUZMAN PEREZ

Defendant MARTIN GUZMAN PEREZ d/b/a EL RAYO TRANSPORTATION, hereby substitutes the law offices of LEWIS BRISBOIS BISGAARD & SMITH LLP as his attorneys of record in place and instead of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP in this matter.

DATED this 18 day of January, 2018.

By: _____
MARTIN GUZMAN PEREZ d/b/a
EL RAYO TRANSPORTATION

///
///
///
///
///
///
///

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP hereby agrees and consents to the substitution of the law offices of LEWIS BRISBOIS BISGAARD & SMITH LLP as the attorneys of record for Defendant/Third Party Plaintiff MARTIN GUZMAN PEREZ and Defendant MARTIN GUZMAN PEREZ d/b/a EL RAYO TRANSPORTATION in this matter.

DATED this 12TH day of December, 2017.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: _____ #3788
KYM SAMUEL CUSHING, ESQ.
Nevada Bar No. 4242
VIRGINIA T. TOMOVA, ESQ.
Nevada Bar No. 12504
CHRISTOPHER D. PHIPPS, ESQ.
Nevada Bar No. 3788
300 South Fourth Street, 11th Floor
Henderson, Nevada 89101

The law offices of LEWIS BRISBOIS BISGAARD & SMITH LLP hereby accepts substitution as attorney of record for Defendant/Third Party Plaintiff MARTIN GUZMAN PEREZ and Defendant MARTIN GUZMAN PEREZ d/b/a EL RAYO TRANSPORTATION in this matter.

DATED this ____ day of December, 2017

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 007254
PAUL A. SHPIRT, ESQ.
Nevada Bar No. 10441
AMBER WHITE-DAVIDSON, ESQ.
Nevada Bar No. 11739
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP hereby agrees and consents to the substitution of the law offices of LEWIS BRISBOIS BISGAARD & SMITH LLP as the attorneys of record for Defendant/Third Party Plaintiff MARTIN GUZMAN PEREZ and Defendant MARTIN GUZMAN PEREZ d/b/a EL RAYO TRANSPORTATION in this matter.

DATED this ____ day of January, 2018.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: _____
KYM SAMUEL CUSHING, ESQ.
Nevada Bar No. 4242
VIRGINIA T. TOMOVA, ESQ.
Nevada Bar No. 12504
CHRISTOPHER D. PHIPPS, ESQ.
Nevada Bar No. 3788
300 South Fourth Street, 11th Floor
Henderson, Nevada 89101

The law offices of LEWIS BRISBOIS BISGAARD & SMITH LLP hereby accepts substitution as attorney of record for Defendant/Third Party Plaintiff MARTIN GUZMAN PEREZ and Defendant MARTIN GUZMAN PEREZ d/b/a EL RAYO TRANSPORTATION in this matter.

DATED this 23 day of January, 2018

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 007254
PAUL A. SHPIRT, ESQ.
Nevada Bar No. 10441
AMBER WHITE-DAVIDSON, ESQ.
Nevada Bar No. 11739
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1-24-2018

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 24th day of January, 2018, I did cause a true copy of **SUBSTITUTION OF COUNSEL** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Preston Rezaee, Esq.
THE FIRM, P.C.
200 E. Charleston Blvd.
Las Vegas, NV 89104
702.222.3476; Fax: 702.252.3476
Attorney for Plaintiff

David F. Sampson, Esq.
THE LAW OFFICE OF DAVIDS SAMPSON, LLC
200 E. Charleston Blvd.
Las Vegas, NV 89104
702.605-1099; Fax: 888.209.4199
Attorney for Plaintiff

By _____
Ariana J. Dunbar, An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP