SAO
JOSH COLE AICKLEN
Nevada Bar No. 7254
PAUL A. SHPIRT
Nevada Bar No. 10441
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
P: 702.893.3383; F: 702.893.3789
Josh.Aicklen@lewisbrisbois.com
Paul.Shpirt@lewisbrisbois.com
Attorneys for Defendant/Third Party Plaintiff
Martin Guzman Perez and Defendant Martin
Guzman Perez d/b/a El Rayo Transportation
erroneously sued as El Rayo

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| DEYSSI JANNETH PRADO-GUAJARDO, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN GUZMAN PEREZ, and Individual; EL RAYO, and DOES I-X, unknown persons; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>    Defendant.<br><br>MARTIN GUZMAN PEREZ, and Individual,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>SHAYNA DIAZ, and Individual; DOES I-X, unknown persons; inclusive,<br><br>    Third Party Defendants. | CASE NO. 2:16-CV-00546-GMN-VCF<br><br>STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE |

4842-5427-5433.1

## STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DEYSSI JANNETH PRADO-GUAJARDO, and Defendants MARTIN GUZMAN PEREZ and EL RAVO TRANSPORTATION, that Plaintiff's Complaint in the above-entitled action shall be dismissed, with prejudice.

IT IS FURTHER STIPULATED AND AGREED that that each party is to bear their own attorneys' fees and costs.

IT IS FURTHER STIPULATED AND AGREED that Defendants MARTIN GUZMAN PEREZ and EL RAVO TRANSPORTATION shall pay Plaintiff DEYSSI JANNETH PRADO-GUAJARDO a sum of $275,000.00 in an exchange for a dismissal, with prejudice which unconditionally releases, acquits and forever discharges Defendants MARTIN GUZMAN PEREZ and EL RAVO TRANSPORTATION from all claims, demands, damages, debts, causes of action, suits, or liability of any kind or nature whatsoever, whether known or unknown, which Plaintiff DEYSSI JANNETH PRADO-GUAJARDO has ever had, now have, or claims to have against Defendants MARTIN GUZMAN PEREZ and EL RAVO TRANSPORTATION and related companies and subsidiaries and their officers, directors, servants, employees, agents and/or attorneys upon or by reason of any matter, cause or thing whatsoever occurring or arising out of the facts, circumstances and events which relate, in any way, to the incident that gave rise to the subject lawsuit.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff DEYSSI JANNETH PRADO-GUAJARDO releases the following claims against Defendants MARTIN GUZMAN PEREZ and EL RAVO TRANSPORTATION:

1. Bodily injury, personal injury, wrongful death, medical malpractice, property, loss of consortium, compensatory, emotional, consequential, pecuniary, general, special, economic, hedonic, punitive, hedonic or exemplary damages.

2. Attorneys' fees, costs or prejudgment or post-judgment interest;

3. Statutory, protected, perfected, known or unknown liens resulting from or out

of Plaintiff's medical care in this matter; or

4. Any other measure or theory of damages actually or allegedly recoverable under law or equity, whether or not actually alleged in the Claim arising out of the Accident.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff DEYSSI JANNETH PRADO-GUAJARDO specifically acknowledges that she will remain liable for any and all liens resulting from the medical providers related to services rendered as a result of the injuries sustained in the subject accident, and any other provider that treated Plaintiff DEYSSI JANNETH PRADO-GUAJARDO for any injuries resulting from the Accident, including those providers not specifically disclosed to Defendants.

Plaintiff DEYSSI JANNETH PRADO-GUAJARDO further specifically acknowledges that she will remain liable for any and all liens from prior attorneys, related to services rendered as a result of the representation for the subject accident.

Plaintiff DEYSSI JANNETH PRADO-GUAJARDO specifically acknowledge and represent that she will remain liable for any healthcare lien, including, but not limited to health insurance medical lien and that they agree to defend and indemnify Defendants should any medical insurer proceed against them, or one of them, for any action arising out of the Accident or the settlement therein.

Plaintiff DEYSSI JANNETH PRADO-GUAJARDO specifically acknowledge and represent that she will agree to defend and indemnify Defendants should any medical provider, physician, facility or lien holder proceed against them for any action arising out of the Accident or the settlement therein.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff DEYSSI JANNETH PRADO-GUAJARDO is not a Medicare recipient and therefore agrees to hold harmless and indemnify the Defendants for any pre-settlement Medicare conditional payments reimbursement demanded or required by the Medicare Secondary Payer Recovery Contractor (MSPRC), CMS, collection agency or any other governmental entity, currently known, discovered or demanded in the future.

IT IS FURTHER STIPULATED AND AGREED the parties have considered

Medicare's interests in this settlement and Defendants have determined that an allocation for future Medicare covered expenses is not required due to the fact that Plaintiff DEYSSI JANNETH PRADO-GUAJARDO is not Medicare or CMS eligible and has no future medical care is recommended directly related to the subject accident. Further, Plaintiff DEYSSI JANNETH PRADO-GUAJARDO acknowledges that she understands that Defendants are making this settlement agreement specifically denying any liability, and for economic purposes only.

DATED: June 13, 2018.

LAW OFFICES OF DAVID SAMPSON

_____
David Sampson, Esq.
630 S. Third Street
Las Vegas, NV 89101
Attorney for Plaintiff
DEYSSI JANNETH PRADO-GUAJARDO

DATED: June 13th, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Paul A. Shpirt*
JOSH COLE AICKLEN
Nevada Bar No. 007254
PAUL A. SHPIRT
Nevada Bar No. 10441
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants
MARTIN GUZMAN PEREZ and EL RAVO TRANSPORTATION

ORDER

IT IS SO ORDERED.

DATED this 20 day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT