RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
MICHAEL J. SHANNON
Nevada Bar No. 007510
mshannon@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorney for Third-Party Defendant,
*Shayna Diaz*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEYSSI JANNETH PRADO-GUAJARDO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN GUZMAN PEREZ, n Individual; DOES I-X, unknown persons; and ROE BUSINESS ENTITIES 1-X, inclusive,<br><br>Defendants.<br><br>MARTIN GUZMAN PEREZ, an individual,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SHAYNA DIAZ, n Individual; DOES I-X, unknown persons; inclusive,<br><br>Third-Party Defendants. | CASE NO.: 2:16-cv-00546-GMN-VCF |

### STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT SHAYNA DIAZ

The parties hereto, by and through their respective counsel of record, hereby stipulate to the dismissal,

/ / /

/ / /

with prejudice, of Third-Party Defendant SHAYNA DIAZ.

DATED this 17th day of April, 2018.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*[signature]*

JOSH COLE AICKLEN
Nevada Bar No. 007254
PAUL A. SHPIRT
Nevada Bar No. 010441
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
*Attorneys for Defendant/Third-Party Plaintiff Martin Guzman Perez*

DATED this 12 June day of April, 2018

THE LAW OFFICE OF DAVID SAMPSON, LLC

*[signature]* 10781

DAVID F. SAMPSON
Nevada Bar No. 006811
200 E. Charleston Blvd.
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

DATED this 21st June day of April, 2018.

HALL JAFFE & CLAYTON, LLP

*[signature]*

RILEY A. CLAYTON
Nevada Bar No. 5260
MICHAEL J. SHANNON
Nevada Bar No. 007510
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Third-Party Defendant Shayna Diaz*

ORDER

**IT IS SO ORDERED.**

Dated this  30  day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

2